IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DEIDRE AGAN,<br><br>  Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY CO.,<br><br>  Defendant. | CV 19-83-BLG-SPW-TJC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Plaintiff BNSF Railway Co. has filed a motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 21.) Counsel for Plaintiff indicates she contacted Defendant's counsel to determine whether the present motion would be opposed but has not received a response. (*Id.* at 2; 21-1 at ¶ 4.) Plaintiff asserts that counsel is located out of state in St. Louis, Missouri, and travel time would be significant to make an appearance in person. (*Id.*; 21-1 at ¶ 3.) Plaintiff's local counsel will attend in person. (*Id.*)

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

Plaintiff's out of state counsel, Nelson G. Wolff and Celia K. Douglas, may appear by telephone at the December 11, 2019, Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

  1. Dial 1-877-848-7030

2. Enter Access Code 5492555 #

DATED this 27th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge