Anthony M. Nicastro
Chad M. Knight
Steven T. Williams
KNIGHT NICASTRO MACKAY, LLC
27 Shiloh Road, Suite 10
Billings, MT 59106
Email: nicastro@knightnicastro.com
       knight@knightnicastro.com
       williams@knightnicastro.com
Telephone: (406) 545-2031
Facsimile: (816) 396-6233
**ATTORNEYS FOR DEFENDANT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| DEIDRE AGAN, | Cause No.: 1:19-cv-00083-SPW-TJC |
| Plaintiff | |
| vs. | **AFFIDAVIT OF STEVEN T. WILLIAMS** |
| BNSF RAILWAY CO., a Delaware corporation, | |
| Defendant | |

STATE OF Montana )
                          :ss
County of Yellowstone )

Steven T. Williams, being first duly sworn upon oath and over the age of

18 years, hereby deposes and states as follows:

**AFFIDAVIT OF STEVEN T. WILLIAMS**
PAGE - 1

**KNIGHT NICASTRO MACKAY, LLC**
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031

1. Affiant is an attorney practicing law in Billings, Montana at Knight Nicastro Mackay, LLC. Affiant represents BNSF Railway Co. in the above-entitled matter.

2. **Exhibit A** to Defendant's Motion for a Protective Order and Brief in Support is a true and accurate copy of Plaintiff's 30(b)(6) deposition notice.

3. **Exhibit B** to Defendant's Motion for a Protective Order and Brief in Support is a true and accurate copy of the earning history for the three individuals above and below Plaintiff in seniority at BNSF. The employee identification numbers have been redacted.

4. **Exhibit C** to Defendant's Motion for a Protective Order and Brief in Support is a true and accurate copy of BNSF's discovery responses in this matter.

DATED this 24th day of August, 2020.


FURTHER AFFIANT SAYETH NAUGHT

KNIGHT NICASTRO MACKAY, LLC


By: _____

Steven T. Williams
*Attorney for Defendant*

AFFIDAVIT OF STEVEN T. WILLIAMS
PAGE - 2

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031

1    Subscribed and sworn to me this 24 day of August, 2020 by Steven T.

2

3    Williams.

4                                                    By: _____

5                                                        Notary Public

   HEATHER ANN GENTRY
6   NOTARY PUBLIC for the
    State of Montana
   Residing at Billings, Montana
7   My Commission Expires
    December 07, 2022

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AFFIDAVIT OF STEVEN T. WILLIAMS**
PAGE - 3

**KNIGHT NICASTRO MACKAY, LLC**
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24 day of August, 2020, I electronically

filed the foregoing with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to the following:

Russell D. Yerger
Yerger Law Firm, P.C.
2722 Third Avenue North, Suite 400
Billings, MT 59101
ryerger@integra.net

Nelson G. Wolff
Celia K. Douglas
Schlichter, Bogard & Denton Law Firm
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
nwolff@uselaws.com
kdouglas@uselaws.com

KNIGHT NICASTRO MACKAY, LLC

By: /s/ Steven T. Williams
Steven T. Williams
Anthony M. Nicastro
*Attorneys for Defendant*

AFFIDAVIT OF STEVEN T. WILLIAMS
PAGE - 4

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031