Anthony M. Nicastro
Chad M. Knight
Steven T. Williams
KNIGHT NICASTRO MACKAY, LLC
27 Shiloh Road, Suite 10
Billings, MT 59106
Email: nicastro@knightnicastro.com
       knight@knightnicastro.com
       williams@knightnicastro.com
Telephone: (406) 545-2031
Facsimile: (816) 396-6233
**ATTORNEYS FOR DEFENDANT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| DEIDRE AGAN, | Cause No.: 1:19-cv-00083-SPW-TJC |
| Plaintiff | |
| vs. | |
| BNSF RAILWAY CO., a Delaware corporation, | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant | |

## **MOTION**

Defendant, BNSF RAILWAY CO. ("BNSF"), by and through its attorneys of Knight Nicastro MacKay, LLC, hereby submits this *Motion for Summary Judgment* pursuant to Federal Rule of Civil Procedure 56(c) based on Plaintiff's failure to disclose an expert witness necessary to prove the elements

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
PAGE - 1

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031

of liability.[1] In the alternative, BNSF moves for partial summary judgment as it pertains to some of Plaintiff's allegations of negligence that should be dismissed because they are either preempted or precluded by federal law, do not legally apply to the allegations made in this case or Plaintiff submits no evidence to support the allegations alleged.

Defendant submits a Brief in Support of its Motion.

DATED this 10th day of September, 2020.

        KNIGHT NICASTRO MACKAY, LLC

        By: /s/ Anthony M. Nicastro
           Anthony M. Nicastro
           Chad M. Knight
           Steven T. Williams
           *Attorneys for Defendant*

---

[1] BNSF acknowledges that Judge Knisely in the Montana 13th Judicial District *Weber* case denied a Motion for Summary Judgment at a final pretrial conference and stated it would issue an order stating the reasons why; however, no such order was ever issued by the Court.

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
PAGE - 2

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Russell D. Yerger
Yerger Law Firm, P.C.
2722 Third Avenue North, Suite 400
Billings, MT 59101
ryerger@integra.net

Nelson G. Wolff
Celia K. Douglas
Schlichter, Bogard & Denton Law Firm
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
nwolff@uselaws.com
kdouglas@uselaws.com

                    KNIGHT NICASTRO MACKAY, LLC

                    By: /s/ Anthony M. Nicastro
                       Anthony M. Nicastro
                       *Attorneys for Defendant*

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
PAGE - 3

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031