Anthony M. Nicastro
Chad M. Knight
Steven T. Williams
KNIGHT NICASTRO MACKAY, LLC
27 Shiloh Road, Suite 10
Billings, MT 59106
Email: nicastro@knightnicastro.com
knight@knightnicastro.com
williams@knightnicastro.com
Telephone: (406) 545-2031
Facsimile: (816) 396-6233
**ATTORNEYS FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DEIDRE AGAN, | Cause No.: 1:19-cv-00083-SPW-TJC |
| Plaintiff | |
| vs. | **AFFIDAVIT OF ANTHONY M. NICASTRO** |
| BNSF RAILWAY CO., a Delaware corporation, | |
| Defendant | |

STATE OF Montana )
                 :ss
County of Yellowstone )

Anthony M. Nicastro, being first duly sworn upon oath and over the age of 18 years, hereby deposes and states as follows:

AFFIDAVIT OF ANTHONY M. NICASTRO
PAGE - 1

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031

1. Affiant is an attorney practicing law in Billings, Montana at Knight Nicastro Mackay, LLC. Affiant represents BNSF Railway Co. in the above-entitled matter.

2. **Exhibit A** to Defendant's Statement of Undisputed Facts is a true and accurate copy of Deidre Agan's 2018 Deposition, attached in relevant part.

3. **Exhibit B** to Defendant's Statement of Undisputed Facts is a true and accurate copy of Scott Weber's Deposition, attached in relevant part.

4. **Exhibit C** to Defendant's Statement of Undisputed Facts is a true and accurate copy of Keith Samples' Deposition, attached in relevant part.

5. **Exhibit D** to Defendant's Statement of Undisputed Facts is a true and accurate copy of Plaintiff's Supplemental Expert Disclosure.

6. **Exhibit E** to Defendant's Statement of Undisputed Facts is a true and accurate copy of John Hosbach's Deposition, attached in relevant part.

7. **Exhibit F** to Defendant's Statement of Undisputed Facts is a true and accurate copy of the Affidavit of John Hosbach.

8. **Exhibit G** to Defendant's Statement of Undisputed Facts is a true and accurate copy of the Affidavit of Mike Riley, to include pictures attached as exhibit A.

9. **Exhibit H** to Defendant's Statement of Undisputed Facts is a true and accurate copy of Deidre Agan's 2020 Deposition, attached in relevant part.

AFFIDAVIT OF ANTHONY M. NICASTRO
PAGE - 2

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031

DATED this 10th day of September, 2020.

FURTHER AFFIANT SAYETH NAUGHT

                                        KNIGHT NICASTRO MACKAY, LLC

                                        By: _____
                                              Anthony M. Nicastro
                                              *Attorney for Defendant*

Subscribed and sworn to me this 10th day of September, 2020 by Anthony M. Nicastro.

HEATHER ANN GENTRY
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
December 07, 2022

By: _____
     Notary Public

AFFIDAVIT OF ANTHONY M. NICASTRO  
PAGE - 3

KNIGHT NICASTRO MACKAY, LLC  
27 SHILOH ROAD, SUITE 10  
BILLINGS, MT 59106  
P: (406) 545-2031

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Russell D. Yerger
Yerger Law Firm, P.C.
2722 Third Avenue North, Suite 400
Billings, MT 59101
ryerger@integra.net

Nelson G. Wolff
Celia K. Douglas
Schlichter, Bogard & Denton Law Firm
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
nwolff@uselaws.com
kdouglas@uselaws.com

KNIGHT NICASTRO MACKAY, LLC

By: /s/ Anthony M. Nicastro
Anthony M. Nicastro
*Attorneys for Defendant*

AFFIDAVIT OF ANTHONY M. NICASTRO
PAGE - 4

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031