```
                                                              Page 1

 1            IN THE UNITED STATES DISTRICTS COURT
                 FOR THE DISTRICT OF MONTANA
 2                    BILLINGS DIVISION
 3
 4   DEIDRE AGAN,              )Cause 1:19-cv-00083-SPW-TJC
                               )
 5         Plaintiff,          )
                               )     VIDEO DEPOSITION
 6      vs.                    )
                               )
 7   BNSF RAILWAY CO., a       )         OF
     Delaware corporation,     )
 8                             )
           Defendant.          )     DEIDRE AGAN
 9
10              2722 Third Avenue North, Suite 400
                Billings, Montana
11              May 27, 2020
12
     APPEARANCES:
13         Nelson G. Wolff (Phone)
           SCHLICHTER, BOGARD & DENTON LAW FIRM
14         100 South Fourth Street, Suite 1200
           St. Louis, Missouri  63102
15         nwolff@uselaws.com
                -and
16         Russell D. Yerger
           YERGER LAW FIRM, P.C.
17         2722 Third Avenue North, Suite 400
           Billings, Montana  59101
18         ryerger@integra.net
19                 For the Plaintiff
20
           Anthony M. Nicastro
21         KNIGHT NICASTRO MACKAY, LLC
           27 Shiloh Road, Suite 10
22         Billings, Montana  59106
           nicastro@knightnicastro.com
23
                   For the Defendant.
24
           Also present: Joel Hageman
25                       Videographer
```

**EXHIBIT 2**

Page 2

1           I N D E X
                                          Page
2
3  Examination by Mr. Nicastro         6
4  Examination by Mr. Wolff          172
5  Further Examination by Mr. Nicastro   173
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1           E X H I B I T S
2
3  Number  Description                     Page
4   1   BNSF Crew Management-Tape History    60
5   2   BNSF Return to Work Med. Questionnaire  85
6   3   7/23/19 Dr. Ackerman visit           90
7   4   12/16/08 Miles City Progress Note    96
8   5   1/30/09 Miles City Progress          98
9   6   2/10/09 Holy Rosary Screening Form  102
10  7   3/4/09 Miles City Progress Note     106
11  8   9/9/19 BNSF Medical Questionnaire   111
12  9   10/2/12 Holy Rosary Radiology Report  11
13  10  12/1/13 PA Kara Erickson visit, etc.  128
14  11  8/8/14 Holy Rosary Healthcare visits  139
15  12  12/23/14 Holy Rosary HC visit       141
16  13  Holy Rosary Healthcare records      143
17  14  On-train documents...               149
18  15  8/24/16 Douglas Dalton PA record    169
19  16  11/15/2016 Dr. Roccisano record     170
20
21
22
23
24
25

Page 4

1       The video deposition of DEIDRE AGAN,
2  produced, sworn and examined upon her oath on the
3  27th day of May, 2020, commencing at 9:03 a.m., at
4  2722 Third Avenue North, Suite 400, Billings,
5  Montana, before me, Frances L. Mock, a free-lance
6  reporter, a Notary Public within and for the State of
7  Montana pursuant to Notice and the Federal Rules of
8  Civil Procedure, for the examination of the said
9  DEIDRE AGAN, the plaintiff called for examination by
10 the defendant herein, in a certain suit and matter in
11 controversy now pending and undetermined in the said
12 United States District Court, District of Montana,
13 Billings Division, being Civil Action No.
14 1:19-cv-0083-SPW-TJC.
15
16
17
18
19
20
21
22 "mm-hmm" is yes
23 "huh-uh" is no
24
25

Page 5

1       MR. HAGEMAN:  Good morning.
2       We are going on the record at 9:03 a.m. on
3  May 27th, 2020.
4       Please note that the microphones are
5  sensitive and may pick up whispering and private
6  conversations and cellular interference.
7       Please turn off all cell phones or place
8  them away from the microphones as they can interfere
9  with the deposition audio.
10      Audio and video recording will continue to
11 take place until all parties agree to go off the
12 record.
13      This is Media Unit 1 of the video recorded
14 deposition of Deidre Agan taken by counsel for the
15 defense in the matter of Deidre Agan, plaintiff
16 versus BNSF Railway Company, defendant filed in the
17 United States District Court for the District of
18 Montana, Billings Division.
19      This deposition is being held at the Yerger
20 Law Firm located at 2722 Third Avenue North,
21 Billings, Montana.
22      My name is Joel Hageman from the firm
23 Veritext, and I am the videographer.  The court
24 reporter is Fran Mock from the firm Veritext.
25      I'm not related to any party in this

Page 18

1 perform my job, but there is still pain.
2    Q.  Do you typically have one shoulder that
3 hurts more than the other?
4    A.  Sometimes.
5    Q.  I'm just saying in general, like if you
6 were to add up all the days in the last six months,
7 does your right shoulder hurt shoulder hurt more than
8 your left?  Left more than the other, or are they
9 equal?
10   A.  Probably equal.
11   Q.  Which medical provider are you seeing for
12 neck and shoulder pain currently?
13   A.  I have not seen a medical provider
14 recently.
15   Q.  In 2019, did you see a medical provider for
16 neck and shoulder pain?
17   A.  No.
18       I saw one to establish care.
19   Q.  And when was that?
20   A.  I couldn't tell you exactly when.
21   Q.  Are we talking in 2019?
22   A.  Yes, I believe.
23   Q.  Okay.
24       Has any doctor in the last year and a half
25 told you that the shoulder and neck symptoms that

Page 19

1 you're feeling right now are related to the accident?
2       MR. WOLFF:  Object to the lack of
3 foundation.
4       Subject to that, you may answer.
5       THE WITNESS:  Repeat the question.
6 BY MR. NICASTRO:
7    Q.  Sure.
8       Has any medical provider in the last year
9 and a half told you that the neck and shoulder issues
10 that we just discussed were caused the accident?
11   A.  No.
12   Q.  And if the answer's the same, that's fine.
13 I want to be sure I'm clear on it.
14      In 2019, what was the reason for not seeing
15 a doctor for a neck or shoulder pain?  Is it the same
16 reason that you gave for not seeing a doctor for the
17 headaches?
18   A.  Yes.
19   Q.  Why have you not gone back to Ortho Montana
20 to have them look at these symptoms?
21   A.  Because my medical bills were never paid by
22 the company.
23   Q.  So if you went to Ortho Montana last -- do
24 you have insurance currently?
25   A.  Yes.

Page 20

1    Q.  Okay.
2        So, if you went to Ortho Montana right now,
3 are you saying they're not seeing you?  They refuse
4 to see you?
5    A.  I don't know.
6    Q.  Okay.
7        So, do you even know how much it would cost
8 if you went to Ortho Montana with your current health
9 insurance to have one of the doctors who previously
10 treated you follow up with you?
11   A.  No.
12   Q.  So, the only reason you didn't go back to
13 the doctor in 20 -- so, the only reason you haven't
14 gone back to Ortho Montana is because of some unpaid
15 bills from 2016?
16   A.  No health insurance.
17   Q.  When did you get health insurance back,
18 though?
19   A.  In 2019.
20   Q.  When were you reinstated for work?
21   A.  2019.
22   Q.  Okay.
23       And what month?
24   A.  February.
25   Q.  So at the beginning of the year, correct?

Page 21

1    A.  Correct.
2    Q.  Correct.
3        And so you would agree that from February
4 of 2019 up until the present day, you've had health
5 insurance, so your doctor visit with either one of
6 those doctors at Ortho Montana probably would have
7 been covered?
8        MR. WOLFF:  Object to the form.  It calls
9 for speculation.
10 BY MR. NICASTRO:
11   Q.  Go ahead and answer.
12   A.  You said it would probably be covered?
13   Q.  Let me ask you it this way:
14       Can you think of any -- can you give me any
15 particular reason why you think they may not have
16 been covered by your health insurance?
17       MR. YERGER:  Calls for a legal conclusion.
18       Go ahead and answer it.
19       THE WITNESS:  No.
20 BY MR. NICASTRO:
21   Q.  Have you tried to go see any doctor for any
22 of these medical conditions, and a doctor either
23 didn't see you because of unpaid medical bills, or
24 told you that they wouldn't see you unless you paid
25 an amount of money that you thought was unreasonable?

6 (Pages 18 - 21)

Page 22

1   A.  Ortho Montana.
2   Q.  Okay.
3       So Ortho Montana told you they wouldn't see
4   you?
5   A.  Yeah, because I had an outstanding balance.
6   Q.  Oh, okay.
7       So when did that happen?  When did you try
8   to go back to Ortho Montana, and they told you that
9   they would not see you because of an outstanding
10  balance?
11  A.  2017.
12  Q.  And did you have health insurance at that
13  time?
14  A.  No.
15  Q.  Since you've had health insurance in 2019,
16  has Ortho Montana told you that they would not see
17  you because of an outstanding balance?
18  A.  I have not been to Ortho Montana.
19  Q.  Okay.
20      So, you haven't even tried to go back to
21  Ortho Montana to see if they would not give you care
22  because of the balance, correct?
23  A.  Not recently.
24  Q.  Okay.
25      And so when you -- when was it in 2017,

Page 23

1   what month --
2   A.  I --
3       MR. YERGER:  Let him finish the question.
4       THE WITNESS:  Okay.
5   BY MR. NICASTRO:
6   Q.  What month was it where you say they
7   refused to see you?
8   A.  I can't give you an exact time.
9   Q.  Was it a conversation you had with somebody
10  in the office, or was it a doctor that said that?
11  A.  It was over the phone when I called to make
12  an appointment.
13  Q.  Do you know who that individual was?
14  A.  No.
15  Q.  Have you tried at any other time to go back
16  to Ortho Montana since 2017?
17  A.  No.
18  Q.  The numbness in your fingers, is that
19  something you still currently have?
20  A.  At times.
21  Q.  How often do you get that?
22  A.  A couple times a month, approximately.
23  Q.  And what?  Is it fingers and thumbs?  Is it
24  both hands?  Describe where it is.
25  A.  It's my thumb and these two fingers

Page 24

1   (indicating).
2   Q.  Okay.
3       So you're pointing to your pinkie finger
4   and your ring finger?
5   A.  Correct.
6   Q.  And you just did your right hand.
7       Is it both hands, or is it just your right
8   hand?
9   A.  Primarily just my right.
10  Q.  All right.
11      And have you seen a doctor for any of that
12  numbness in the last year and a half?
13  A.  No.
14  Q.  For the same reasons that we've already
15  discussed?
16  A.  Yes.
17  Q.  Do you take anything for those symptoms?
18  A.  No.
19  Q.  Let me back up on the neck pain and the
20  shoulder pain.
21      Do you take any medication for that?
22  A.  Ibuprofen.
23  Q.  Anything for prescription?
24  A.  No.
25  Q.  Has any medical doctor told you that the

Page 25

1   numbness that you're feeling in your fingers and your
2   thumbs was caused by the accident?
3   A.  Yes.
4   Q.  And what doctor was that?
5   A.  Dr. Roccisano.
6   Q.  And when was the last time he said that --
7   A.  When I saw him right after the accident.  I
8   couldn't tell you exactly when it was.
9   Q.  And has he said that recently?
10  A.  I have not seen him recently.
11  Q.  How many times did you see Dr. Roccisano?
12  A.  Once.
13  Q.  The low back pain, do you still have -- do
14  you have that currently?
15  A.  Not at this moment.
16  Q.  How often do you have low back pain?
17  A.  A couple, three, four, five times a week.
18  Q.  Do you take any medication for that?
19  A.  Ibuprofen.
20  Q.  Has any doctor in the last year and a half
21  told you that your low back pain was caused by the
22  accident?
23  A.  No.
24  Q.  Has any doctor ever told you that your low
25  back pain was caused by the accident?

Page 26

1  A. Not specifically.
2     I mean, when I saw Dr. Roccisano, it was
3  for my neck and my spine and my back.
4  Q. And what do you recall him saying?
5  A. He -- about what?
6  Q. About your neck, your back and your spine?
7  A. He suggested that I get an MRI.
8  Q. Did you have the MRI?
9  A. No.
10 Q. And why not?
11 A. Because I had shoulder surgery shortly
12 after.
13    And after I had right shoulder surgery, I
14 developed deep vein thrombosis in my left arm, and I
15 couldn't do that.
16    I couldn't have an MRI while I was on blood
17 thinners, and I was on those for six months.
18 Q. Did you have an MRI once you were done with
19 the blood thinners?
20 A. No.
21 Q. And why not?
22 A. Didn't have health insurance.
23 Q. You've had health insurance in the last
24 year and a half. Have you had that MRI that
25 Dr. Roccisano recommended?

Page 27

1  A. No.
2  Q. Why not?
3  A. The same reasons that I stated earlier.
4  Q. And so going back to what, if anything, did
5  Dr. Roccisano say about what was causing your low
6  back pain? Even though I know you didn't do the MRI,
7  but what, if anything, did he say about what he
8  thought might have been causing it, if anything?
9  A. He didn't say. He just suggested that I
10 get an MRI.
11 Q. So, fair to say that Dr. Roccisano did not
12 say it was caused by the accident?
13 A. (No response.)
14 Q. Let me rephrase the question.
15    Is it fair to say that no doctor has said
16 that your low back pain was caused by the accident?
17 A. Yes.
18 Q. Okay.
19    So the nightmares, was this -- when did the
20 nightmares start?
21 A. Within days after the collision.
22 Q. And you still have them?
23 A. From time to time.
24 Q. How often?
25 A. Monthly.

Page 28

1  Q. Meaning once a month, or --
2  A. Sometime once a month. Sometimes twice a
3  week.
4  Q. And have you seen any sort of medical
5  provider for treatment for that?
6  A. No.
7  Q. And what are the nightmares?
8  A. That I'm being impaled by a tree?
9  Q. Anything else, or is it just that one
10 nightmare over and over?
11 A. Same nightmare over and over.
12 Q. Have you discussed those nightmares with
13 any doctor?
14 A. No.
15 Q. Are you -- are you seeing a mental health
16 physician?
17 A. No.
18 Q. How about anxiety? Tell me what --
19 describe the anxiety that you are claiming in this
20 lawsuit.
21 A. It's the fear that there's times that I
22 will go to work, and I won't go home to my kids.
23 Q. And how often do you feel that anxiety?
24 A. Every time I get on a train.
25 Q. When did this anxiety start?

Page 29

1  A. Right after I went back to work in 2019.
2  Q. And are you seeing any sort of mental
3  health provider for the anxiety?
4  A. I'm not seeing a mental health provider.
5  Q. Has any doctor told you that the anxiety
6  was caused by the accident?
7  A. No.
8  Q. Have you ever had anxiety prior to the
9  accident?
10 A. Yes.
11 Q. How often?
12 A. A couple times.
13 Q. Anxiety about what? What was it related
14 to?
15 A. I don't know.
16 Q. What sort of situations would create --
17 would cause the anxiety for you? Make you be
18 anxious, I guess?
19 A. It wasn't a specific situation.
20 Q. Okay.
21    So, give me an example of some of the
22 anxiety that you had prior to the accident?
23 A. Mm, just nervousness for no apparent
24 reason.
25 Q. Okay.

8 (Pages 26 - 29)

Page 174

1  accumulate vacation days that you could use in 2018?
2     A.  Yes.
3     Q.  So in 2019, did you also not accumulate --
4  not have vacation days because you were not working
5  because of the termination?
6     A.  Yes.
7        MR. NICASTRO:  All right.
8        Nothing further.
9        MR. WOLFF:  She will waive.
10       MR. HAGEMAN:  All right.
11       We're off the record at 2:00 p.m., and this
12 concludes today's testimony given by Deidre Agan.
13 The number of total Media Units was 4 and will be
14 retained by Veritext.
15       (Whereupon, signature waived.)
16       (Whereupon, the deposition was concluded at
17 2:00 p.m.)
18
19
20
21
22
23
24
25

Page 175

1           CERTIFICATE
2
3  STATE OF MONTANA   )
                      ) ss.
4  County of Yellowstone.)
5
       I, Frances L. Mock, a free-lance shorthand
6  reporter, a Notary Public in and for the State of
   Montana, do hereby certify that previous to the
7  commencement of the examination of the said DEIDRE
   AGAN, a witness called for examination by the
8  defendant in the said suit in the said U.S. District
   Court, District of Montana, Billings Division, being
9  Civil Action No. 1:19-cv-000830-SPW-TJC, she was duly
   sworn by me to testify the truth in relation to the
10 matters in controversy now pending and undetermined
   between the said parties so far as she should be
11 interrogated concerning the same;
12       That this deposition was taken in shorthand
   by me at 2722 Third Avenue North, Suite 400,
13 Billings, Montana, on the 27th day of May, 2020,
   commencing at 9:03 a.m., and was reduced to
14 typewritten form by me;
15       That the foregoing is a true transcript of
   the questions asked, the testimony given and the
16 proceedings had;
17       That I am neither attorney nor counsel, nor
   in any way connected with any attorney or counsel for
18 any of the parties to said action or otherwise
   interested in its event.
19
       IN WITNESS I have hereunto set my hand and
20 affixed my notarial seal this 7th day of June, 2020.
21       My commission expires December 19, 2023.
22
23
24       <%6686,Signature%>
25

# CERTIFICATE

STATE OF MONTANA    )
                    ) ss.
County of Yellowstone.)

    I, Frances L. Mock, a free-lance shorthand reporter, a Notary Public in and for the State of Montana, do hereby certify that previous to the commencement of the examination of the said **DEIDRE AGAN**, a witness called for examination by the defendant in the said suit in the said U.S. District Court, District of Montana, Billings Division, being Civil Action No. 1:19-cv-000830-SPW-TJC, she was duly sworn by me to testify the truth in relation to the matters in controversy now pending and undetermined between the said parties so far as she should be interrogated concerning the same;

    That this deposition was taken in shorthand by me at 2722 Third Avenue North, Suite 400, Billings, Montana, on the 27th day of May, 2020, commencing at 9:03 a.m., and was reduced to typewritten form by me;

    That the foregoing is a true transcript of the questions asked, the testimony given and the proceedings had;

    That I am neither attorney nor counsel, nor in any way connected with any attorney or counsel for any of the parties to said action or otherwise interested in its event.

    IN WITNESS I have hereunto set my hand and affixed my notarial seal this 7th day of June, 2020.

    My commission expires December 19, 2023.

*/s/ Frances L. Mock*

FRANCES L. MOCK
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
December 19, 2023