Anthony M. Nicastro
Chad M. Knight
Steven T. Williams
KNIGHT NICASTRO MACKAY, LLC
27 Shiloh Road, Suite 10
Billings, MT 59106
Email: nicastro@knightnicastro.com
knight@knightnicastro.com
williams@knightnicastro.com
Telephone: (406) 545-2031
Facsimile: (816) 396-6233
**ATTORNEYS FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DEIDRE AGAN, | Cause No.: 1:19-cv-00083-SPW-TJC |
| Plaintiff | |
| vs. | **AFFIDAVIT OF ANTHONY M. NICASTRO** |
| BNSF RAILWAY CO., a Delaware corporation, | |
| Defendant | |

State of Montana    )
                    :ss
County of Yellowstone )

I, Anthony M. Nicastro, being first duly sworn upon oath and over the age of 18 years, hereby deposes and states as follows:

AFFIDAVIT OF ANTHONY M. NICASTRO
PAGE - 1

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031

1. Affiant is an attorney practicing law in Billings, Montana, at Knight Nicastro Mackay, LLC. Affiant represents BNSF Railway Co. in the above-entitled matter.

2. **Exhibit A** to Defendant's Reply Brief in Support of its Motion to Strike Late Disclosed Expert Witnesses and Opinions is a true and accurate copy of Plaintiff's Deposition Transcript, attached in relevant part.

3. **Exhibit B** to Defendant's Reply Brief in Support of its Motion to Strike Late Disclosed Expert Witnesses and Opinions is a true and accurate copy of Plaintiff's Expert Disclosures dated June 15, 2020.

DATED this 16th day of November, 2020.

FURTHER AFFIANT SAYETH NAUGHT

KNIGHT NICASTRO MACKAY, LLC

By: _____
Anthony M. Nicastro
*Attorney for Defendant*

Subscribed and sworn to me this 16th day of November, 2020, by Anthony M. Nicastro.

KERRON ROUTE
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
November 22, 2022

By: _____
Notary Public

AFFIDAVIT OF ANTHONY M. NICASTRO
PAGE - 2

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Russell D. Yerger
Yerger Law Firm, P.C.
2722 Third Avenue North, Suite 400
Billings, MT 59101
ryerger@integra.net

Nelson G. Wolff
Celia K. Douglas
Schlichter, Bogard & Denton Law Firm
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
nwolff@uselaws.com
kdouglas@uselaws.com

KNIGHT NICASTRO MACKAY, LLC

By: /s/ Anthony M. Nicastro
Anthony M. Nicastro
*Attorneys for Defendant*

AFFIDAVIT OF ANTHONY M. NICASTRO
PAGE - 3

KNIGHT NICASTRO MACKAY, LLC
27 SHILOH ROAD, SUITE 10
BILLINGS, MT 59106
P: (406) 545-2031