IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DEIDRE AGAN, | CV 19-83-BLG-SPW-TJC |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

Pursuant to Agan's motion, discovery in this matter was reopened for the limited purpose of allowing disclosure and discovery of ongoing medical care Plaintiff had received since the close of discovery in this action.  (Doc. 81.)  A telephonic status conference was held in this matter on October 25, 2021, to discuss whether that discovery had been completed, and whether the case was ready to proceed to trial.  (Doc. 90.)  The Court was advised that BNSF is taking the deposition of one of Plaintiff's treating physicians, Dr. Roccisano, today.  In addition, BNSF requested the opportunity to conduct a short, supplemental deposition of Agan concerning her ongoing care and treatment and recent return to work.  Good cause appearing,

**IT IS HEREBY ORDERED:**

1.     BNSF will have 30 days from the date of this order to take a supplemental deposition of Agan.  The deposition will be limited in scope to the

progress of Plaintiff's physical condition since the close of discovery in this matter

and her physical condition since her return to work.

2.    The parties will have 30 days to submit any supplemental expert

disclosures based solely on any information discovered during Dr. Roccisano's or

Agan's deposition.

DATED this 25th day of October, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

2